UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTOINE MILLER,

                        Petitioner,

  -against-

GARY GREENE, SUPT.,

                        Respondent.
-----------------------------------------------------------X

JUDGMENT
05-CV-3131 (JG)

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on October 25, 2005, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
         November 03, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court